# UNITED STATES DISTRICT COURT
## Northern District of Florida

United States of America

v.                                              Case No.:  1:06cr22-002/MMP
                                                USM No.: _____

Lasonia Marie Burkett

_____ /

Date of Original Judgment: _____ February 23, 2007 _____

Date of Previous Amended Judgment: _____            _____

*(Use Date of Last Amended Judgment if Any)*                          Defendant's Attorney

## Order on Motion for Sentence Reduction

☑ The Defendant    ☐ Director of the Bureau of Prisons    ☐ the court    has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). Having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the court orders that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment.
*(as reflected in the last judgment issued)* of _____ months is **reduced** to _____.

*(Complete Part I, II or III of Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date: *November 8, 2011*                    *M. Casey Rodgers*
                                                  *Signature of Judge*

                                                  M. Casey Rodgers
Effective Date: _____               Chief United States District Judge

*(if different from order date)*                     *Printed Name and Title of Judge*

Rec'd1108*11UsDcF1n3PM0219