# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:06cr22/MMP

LASONIA MARIE BURKETT

_____/

## **O R D E R**

      This matter is before the court on the Motion to Appoint Federal Public Defender (doc. 139) filed on behalf of defendant. Counsel seeks reappointment to represent defendant with regard to the retroactive application of Amendment 750 and the amendment to § 1B1.10 of the Federal Sentencing Guidelines. Upon consideration, the court finds it appropriate to appoint counsel and permit defendant an opportunity to argue her entitlement to a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). The court has determined that defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act.[1] Accordingly, it is ORDERED:

      1.    Defendant's motion (doc. 139) is GRANTED. The Federal Public Defender, 101 Southeast 2nd Place, Suite 112, Gainesville, Florida 32601, telephone number (352) 373-5823, is appointed to represent this defendant and serve as counsel of record for the purposes of resentencing in the above-styled cause.

      2.    Counsel shall be allowed forty-five (45) days from the date hereof to file a motion on behalf of defendant to reconsider the court's previously entered order (doc. 136)

---

[1] By initial Order dated July 20, 2006, defendant was determined qualified for appointment of counsel. Defendant has remained in custody since that date and the court sees to no basis or reason to alter her CJA qualification status.

denying sentence reduction.  The government shall have fourteen (14) days in which to respond to any motion filed.

**DONE and ORDERED** 17th day of November, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**